# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**GRANTHAM UNIVERSITY, INC.**

Plaintiff,

vs.

**UNITED STATES OF AMERICA,**

Defendant.

Case No.: 1:25-cv-01868-MRS
(Judge Molly R. Silfen)

Date: November 6, 2025

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Rule 83.1(a)(2) the undersigned counsel for Grantham University, Inc. ("Plaintiff") makes the following motion to allow Mr. Michael Steelman to appear on behalf of Plaintiff before this court in a *pro hac vice* capacity.

Pursuant to Rule 83.1(a)(2)(B), Mr. Steelman makes the following declarations:

i.   Mr. Michael Steelman
ii.  901 E. St. Louis Street, Suite 1800, Springfield, Missouri 65806, msteelman@stronglaw.com, 417-887-4300
iii. I am a member of the bar of the highest court for the states of Missouri and Texas.

DATED: November 6, 2025

Respectfully Submitted,

ZACHARY J.T. LYDA, Esq.
Frost Law
839 Bestgate Rd. Ste. 400
Annapolis, MD 21401
Tel: (410) 497-5947
Fax: (888) 235-8405
Zachary.Lyda@frosttaxlaw.com

*/s/ Michael Steelman*
MICHAEL STEELMAN, Esq.
Strong Law

901 E. St. Louis Street, Suite 1800
Springfield, MO 65806
Phone 417-887-4300
Fax 417-887-4385
msteelman@stronglaw.com

*Counsels for Plaintiff*